UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONDALISA BURRISS,<br><br>      Plaintiff,<br><br>    -v.-<br><br>UNLIMITED BIKING RESERVATIONS LLC et al.,<br><br>      Defendants. | 24- Civ. 03401 (JHR)<br><br>ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2025

JENNIFER H. REARDEN, District Judge:

  Pursuant to this District's Standing Order governing counseled employment discrimination cases, "[w]ithin 60 days of the filing of an Answer, or as soon thereafter as it can be scheduled, the parties and their counsel *must* participate in a mediation session" conducted through the SDNY Mediation Program. 2d Am. Standing Order, 11 Misc. 003 (LAP) (S.D.N.Y. Oct. 1, 2015) (emphasis added). Defendants filed their answer on July 12, 2024. ECF No. 14. Accordingly, by September 10, 2024 or at the earliest opportunity thereafter, the parties were required to mediate under the auspices of the Mediation Program. The docket does not reflect that the parties have done so.

  By **January 21, 2025**, the parties shall file a joint letter detailing their efforts to resolve this matter, including their participation in the required mediation session.

  SO ORDERED.

Dated: January 12, 2025
   New York, New York

                     JENNIFER H. REARDEN
                     United States District Judge