

# KULA LAW P.C.

Given Plaintiff's failure to oppose this request, Defendants' request is GRANTED.  The Initial Case Management Telephone Conference is rescheduled to May 20, 2025 at 11:00 AM.  SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
April 18, 2025.

April 1, 2025

The Honorable Jennifer E. Willis
Magistrate Judge
United States District Court for the SDNY
40 Foley Square
New York, NY 10007

**Re:    Burriss v. Unlimited Biking Reservations LLC, et al., 24-CV-3401**

Dear Judge Willis:

I am counsel for the Defendants in the above-referenced matter.  I write to request an alternative date for the parties' Initial Case Management Telephone Conference, which is currently scheduled to take place on May 8, 2025.  I have a flight scheduled that morning to Puerto Rico for a short family vacation.  I am available any date and time the following week other than May 12 between 2 and 3 pm.

I sent emails to Plaintiff's counsel on March 28 and March 31, 2025, seeking their consent for this request and their availability for a rescheduled conference.  To date, I have not received any response and did not wish to delay my correspondence further.

I appreciate your attention and understanding.

Respectfully submitted,

*Sara Kula*

Sara D. Kula