# BALLON STOLL P.C.

COUNSELLORS AT LAW      FOUNDED 1931

810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

November 20, 2025

MARSHALL B. BELLOVIN
mbellovin@ballonstoll.com

**VIA ECF**

Judge Loretta A. Preska
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Tondalisa Burriss v. Unlimited Biking Brands, Corp, et al*
       Case No: 1:24-cv-03401-LAP-JW

Dear Judge Preska:

This office represents Plaintiff, Tondalisa Burriss, in the above-referenced matter, which is scheduled for a pre-motion conference on Tuesday, November 25, 2025.

We write on behalf of all parties <u>jointly</u> to respectfully advise the Court that the parties have reached a settlement in principle. In light of this development, <u>the parties jointly request that the Court adjourn the pre-motion conference scheduled for November 25, 2025 so that the parties may finalize and execute a written settlement agreement.</u>

We thank the Court for its attention to this matter.

Respectfully submitted,

BALLON STOLL P.C.

     *s/Marshall Bellovin*
Marshall B. Bellovin, Esq.(MB5508)
Member of the Firm

cc:    Sara Danielle Kula, Esq. (via ECF)

```
SO ORDERED. The parties shall advise
the Court on the status of the
settlement agreement within 30 days.
The Clerk of the Court shall close
docket number 37.
```

*Loretta A. Preska*

Loretta A. Preska, U.S.D.J.
November 20, 2025